# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Adrian McCray, aka Adrian Miscell McCray )<br>*Plaintiff* )<br>v. )<br>Warden Scott Lewis, Sgt. Butler, Warden Cartledge )<br>and Director Brian Sterling )<br>*Defendant* ) | Civil Action No.  4:19-cv-151-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  May 8, 2020

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*